IN THE UNITED STATES BANKRUPTCY COURT FOR

THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 19-01932-BKT13 |
| SHEILA FLORES ZAYAS | Chapter 13 |
| Debtor(s) | |
| TOYOTA CREDIT DE PUERTO RICO | |
| Movant | |
| SHEILA FLORES ZAYAS | FILED & ENTERED ON OCT/31/2019 |
| Respondent(s) | |

ORDER AND NOTICE

Movant's motion for continuance of hearing (docket #37) is granted. The hearing scheduled for November 5, 2019 is vacated and a Final Hearing is now scheduled for December 17, 2019 at 9:00 A.M., at the United States Bankruptcy Court, Jose V. Toledo Federal Building and U.S. Courthouse, 300 Recinto Sur, Courtroom No.1, Second floor, San Juan, Puerto Rico.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 31 day of October, 2019.

Brian K. Tester
United States Bankruptcy Judge